1  RICK D. ROSKELLEY, ESQ., Bar # 3192
   S. LIBBY HENNINGER, ESQ., Bar # 9058
2  LITTLER MENDELSON
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89109
   Telephone:     702.862.8800
4  Fax No.:        702.862.8811

5  Attorneys for Defendants
   ALLIED BUILDING CRAFTS, INC., GYPSUM
6  CONSTRUCTION, INC., GYPSUM CONSTRUCTION WEST,
   INC., ALLIED CONSTRUCTION CRAFTS, INC., S.W.
7  BUILDING CRAFTS, and SEAN MICHAEL CAVANAUGH

8
                        UNITED STATES DISTRICT COURT
9
                             DISTRICT OF NEVADA
10

11
   JUAN CARMONA MORALES, JORGE
12 CALDERON GUTIERREZ, ROSALINO
   MORALES, and RAUL ALTAMIRA          Case No. CV-S-04-1365-LRH-LRL
13 RAMOS Individually and on behalf of all
   others similarly situated,
                                                   ORDER TO
14                                       WITHDRAW WITHOUT PREJUDICE
                 Plaintiffs,             DEFENDANTS' MOTION TO STRIKE
15 vs.                                   UNTIMELY CONSENTS TO JOINDER

16 ALLIED BUILDING CRAFTS, INC.,
   GYPSUM CONSTRUCTION, INC.,
17 GYPSUM CONSTRUCTION WEST,
   INC., ALLIED CONSTRUCTION
18 CRAFTS, INC., S.W. BUILDING
   CRAFTS, SEAN MICHAEL
19 CAVANAUGH, RICHMOND
   AMERICAN HOMES OF NEVADA,
20 INC., WEXFORD HOMES, INC.,
   PARDEE HOMES OF NEVADA
21 CORPORATION, KB HOMES SALES –
   RENO INC., KB HOME SALES –
22 NEVADA INC., E.KB HOMES, INC. and
   "John Does," name fictitious, actual name
23 and number of such persons being
   unknown, and "John Doe Original
24 Contractors", name fictitious, actual name
   and number unknown,
25
                 Defendants.
26

27       Plaintiffs   and   Defendants   ALLIED   BUILDING   CRAFTS,   INC.,   GYPSUM

28 CONSTRUCTION, INC., GYPSUM CONSTRUCTION WEST, INC., ALLIED CONSTRUCTION

-1-

1 CRAFTS, INC., S.W. BUILDING CRAFTS, SEAN MICHAEL CAVANAUGH, by and through

2 their respective counsel of record, have met and conferred regarding Defendants' Motion to Strike

3 Untimely Consents To Joinder Pursuant To 29 U.S.C. Section 216(B) **(#109).**

4       The parties hereby advise the Court that they have agreed to withdraw this Motion without

5 prejudice.   Therefore, the parties hereby stipulate and respectful request an order withdrawing

6 Defendants' Motion to Strike Untimely Consents to Joinder **(#109).**

7

8 Dated: May 2, 2006               Dated:  May 3, 2006

9

10     /s/  Leon Greenberg            /s/ S. Libby Henninger
   LEON GREENBERG, ESQ.           RICK D. ROSKELLEY, ESQ.

11    633 South Fourth Street, Suite 9      S. LIBBY HENNINGER, ESQ.
   Las Vegas, NV  89101           3960 Howard Hughes Parkway, Suite 300

12    Attorneys for Plaintiffs           Las Vegas, NV  89109
                         Attorneys for Defendants

13

14     **IT IS SO ORDERED.**

15     Dated ： May 10, 2006.

16

17

18     LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE

19

20 Firmwide:81049400.1 048906.1002

21

22

23

24

25

26

27

28