Leon Greenberg, Esq.
Leon Greenberg Professional Corporation
Attorney for Plaintiff
633 South 4th Street - Suite 9
Las Vegas, Nevada 89101
(702)383-6085
Fax: (702)385-1827
Nevada Bar Number 8094

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
------------------------------------X   Docket #: CV-S-04-1365-LRH-LRL
JUAN CARMONA MORALES, et. al.,

                Plaintiffs,

   -against-

ALLIED BUILDING CRAFTS, INC., et. al.,

                Defendants.
------------------------------------X

## STIPULATION AND ORDER STAYING CASE FOR THIRTY DAYS

It is hereby Stipulated and Agreed that all proceedings in this case shall be stayed for a period of 30 days from May 5, 2006. The reason for this stay is that the parties have been productively discussing a settlement of this litigation and believe it would be productive to conduct further settlement discussions which may lead to a resolution of this litigation, in whole or in part. It is believed a stay of these proceedings for a 30 day period will allow the parties to complete such discussions without engaging in further motion practice or other pre-trial proceedings.

This request is being made in good faith and not for the

purpose of delay.

Dated: May 5, 2006

*/s/ Leon Greenberg*

Leon Greenberg, Esq.
LEON GREENBERG
PROFESSIONAL CORPORATION
Attorney for the Plaintiff
633 South 4th Street - Suite 9
Las Vegas, Nevada 89101
(702) 383-6085
Nevada Bar Number: 8094

May      2006

*/s/ Rick D. Roskelley*

Rick D. Roskelley, Esq.
Littler Mendelson
Attorneys for Defendants
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89109
(702) 862-8800
Nevada Bar Number: 6417

DATED: May 10, 2006.

IT IS SO ORDERED:

*/s/ Larry R. Hicks*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE