UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN CARMONA MORALES, et al., | )<br>) |
| Plaintiffs, | )   02:04-CV-01365-LRH-LRL |
| v. | )<br>) |
| ALLIED BUILDING CRAFTS, INC., et al., | )   ORDER |
| Defendants. | )<br>) |

Presently before the court is a Stipulation and Proposed Order Dismissing All Claims with Prejudice and for Approval of Settlement Agreement (Docket No. 139) and a Settlement Agreement (Docket No. 140) that was filed under seal.

"It is clear that the courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Commc'n, Inc.*, 435 U.S. 589, 597 (1978). However, "[e]very court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes." *Id*. at 598. In this case, although the parties filed the Settlement Agreement under seal, they have provided no authority that would authorize the sealing of the agreement nor have they shown cause to justify the sealing of the document. The court further notes that no exhibits have been attached to either the Stipulation or the Settlement Agreement.

IT IS THEREFORE ORDERED that the parties shall have fifteen (15) days from the date of

this order to file points and authorities with respect to this court's authority to seal the settlement agreement along with the justification for sealing the agreement in this case.

IT IS SO ORDERED.

DATED this 28th day of November, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE