UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUAN CARMONA MORALES, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALLIED BUILDING CRAFTS, INC., et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | 02:04-CV-01365-LRH-LRL <br><br> ORDER |

Pursuant to Order (#141[1]) requesting points and authorities from the parties that would justify the sealing of the settlement agreement, Defendants filed a Motion for Leave to File under Seal Settlement Agreement (#142) to which Plaintiffs joined (#143). Also before the court are Plaintiffs' Declaration of Counsel Requesting Expedited Action by the Court (#145) and Declaration of Counsel in Reply and in Further Support of Plaintiffs' Motion to Expedite (#146). Responses having been received and good cause appearing, the parties' Settlement Agreement and

///

///

///

---

[1] References to (#xx) refer to the court's docket.

1  Release of Claims (#140) is approved and shall remain filed under seal.

2      IT IS SO ORDERED.

3      DATED this 1st day of February, 2007.

_____

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE